# SEALED

DANIEL BOGDEN
United States Attorney
MICHAEL CHU
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

United States District Court
District of Nevada

| | |
|---|---|
| United States of America,<br>          Plaintiff,<br><br>v.<br><br>Erik Holman,<br>          Defendant. | Case No. 2:11-cr-457<br><br>**Sealed Application for Sealing Order**<br><br>USAO No. 09R01190 |

The United States of America, by and through the undersigned attorneys, respectfully moves this Court for an Order sealing the above-captioned matter (including this application and any ensuing Order) until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

The United States submits that it is necessary for this matter to be sealed in light of the fact that the documents refer to information that may allow defendant to flee, spoliate evidence and hide assets. Further, the United States is still investigating the merits of other, potential charges, and disclosure of the information might possibly jeopardize this ongoing investigation. The United States submits that its right to secrecy far outweighs the public's right to know.

Dated: December 21, 2011.

DANIEL BOGDEN
United States Attorney

Michael Chu
Assistant U.S. Attorney

1
2
3
4
5
6
7
8        SEALED
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

1
2
3
4              United States District Court
5                  District of Nevada

6
7  United States of America,
         Plaintiff,                          Case No. 2:11-cr-457
8  v.
                                             Sealed Application for Sealing Order
                                             USAO No. 09R01190
9  Erik Holman,
         Defendant.
10

**Sealing Order**

11

Based on the pending Application of the United States and good cause appearing therefore,

12

**IT IS HEREBY ORDERED** that the above-captioned matter (including this Application

13

requesting a sealing order and this Order) shall be sealed until further Order of the Court.

14

Subscribed and sworn to before me this 9th day of ~~December 20XX~~ Jan. 2012.

15

16

_____
17         United States Magistrate Judge

18
19
20
21
22
23