# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:11-CR-457-JCM-(CWH) |
| ERIK HOLMAN, | ) ) ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

This Court finds that on March 6, 2014, defendant ERIK HOLMAN was found guilty on Counts One through Fifteen of a Fifteen-Count Criminal Indictment charging him in Count One with Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Sections 1343 and 1349 and in Counts Two through Fifteen with Wire Fraud in violation of Title 18, United States Code, Section 1343. Criminal Indictment, ECF No. 1; Minutes of Jury Trial, ECF No. 106; Jury Verdict, ECF No. 112.

This Court finds that ERIK HOLMAN shall pay a criminal forfeiture money judgment of $823,884.89 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ERIK HOLMAN a criminal forfeiture money judgment in the amount of $823,884.89 in United States Currency.

DATED March 13, 2014.

_____
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, Mary Stolz, Forfeiture Support Associates Paralegal, certify that the following individuals were served with copies of the Order of Forfeiture on March 11, 2014, by the below identified method of service:

<u>Electronic Filing</u>

Brenda Weksler
Federal Public Defender
411 E Bonneville Suite 250
Las Vegas, NV 89101
Nancy_Vasquez@fd.org
Counsel for Erik Holman

/s/ Mary M. Stolz
Mary M. Stolz
Forfeiture Support Associates Paralegal