FILED _____
ENTERED _____                    RECEIVED
                                      SERVED ON
                          COUNSEL/PARTIES OF RECORD

OCT 2 3 2014

CLERK US DISTRICT COURT
BY: _____ DISTRICT OF NEVADA
                                      DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:11-CR-457-JCM-(CWH) |
| ERIK HOLMAN, | ) ) | |
| Defendant. | ) ) | |

## ORDER OF FORFEITURE

This Court found on March 13, 2014, that ERIK HOLMAN shall pay the criminal forfeiture money judgment of $823,884.89 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Minutes of Jury Trial, ECF No. 106; Jury Verdict, ECF No. 112; Order of Forfeiture, ECF No. 117.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ERIK HOLMAN the criminal forfeiture money judgment in the amount of $823,884.89 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

. . .

. . .

. . .

. . .

1  United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18,

2  United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

3      DATED this 23rd day of October, 2014.

4

5

6

    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26