UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:11-CR-457 JCM (CWH) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| ERIC HOLMAN, | |
| Defendant(s). | |

Presently before the court is *United States v. Holman*, case no. 2:11-cr-00457-JCM-CWH. Erik Holman ("petitioner") filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. (ECF No. 159). The United States ("respondent") has not filed a response to the motion.

Accordingly,

It is ORDERED that respondent file a response to petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 no later than 14 days from the date of this order.

DATED July 11, 2016.

                                                                                  _____
                                                                                  UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**